IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-651 |
| | § § § § | |
| SERGIO RODRIGUEZ ALMANZA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 20). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 14, 2013 at 10:00 a.m.** Objections to the presentence report are due by April 26, 2013.

SIGNED on February 26, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge